UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL TECHNOLOGIES
CONSULTANTS, INC.,

        Plaintiff,

v.

LESLIE T. STEWART, et al.,

        Defendants.
_____/

CIV. ACTION NO. 07-13391

DISTRICT JUDGE GEORGE CARAM STEEH

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER DEEMING MOTIONS RESOLVED

The Court having held hearings on Plaintiff's Motion to Compel Discovery on February 10, 2009 and on Defendants' Motion to Compel Discovery on June 10, 2009;

Now, therefore, **IT IS ORDERED** that the above Motions are deemed **RESOLVED.**

The parties are to contact Deputy Clerk, Michael Lang if any further hearing is necessary on the above Motions.

        s/Donald A. Scheer
        DONALD A. SCHEER
        UNITED STATES MAGISTRATE JUDGE

DATED: June 30, 2009
_____

### CERTIFICATE OF SERVICE

I hereby certify on June 30, 2009 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on June 30, 2009. **None.**

        s/Michael E. Lang
        Deputy Clerk to
        Magistrate Judge Donald A. Scheer
        (313) 234-5217